| From: | Hotline Mailbox |
|---|---|
| To: | |
| Subject: | RE: Online - New Complaint Submission for Hotline |
| Date: | Wednesday, September 7, 2011 3:59:00 PM |

Thank you for contacting the United States Postal Service Office of Inspector General Hotline. The OIG Hotline was established to provide stakeholders, US Postal Service employees, and the American public with a confidential means of reporting incidences of suspicious activity to the OIG concerning fraud, waste, abuse, and misconduct within the US Postal Service.

While we can't guarantee we can recover lost money or items, your information can help alert Investigators to problem areas and possibly prevent others from being victimized. Your concern has been received and documented in our database. If additional information is necessary, someone will contact you.

**From:** OIG_Website@uspsoig.gov [mailto:OIG_Website@uspsoig.gov]
**Sent:** Tuesday, September 06, 2011 9:43 AM
**To:** Hotline Mailbox
**Subject:** Online - New Complaint Submission for Hotline

# * Online - New Complaint Submission for Hotline *

Form submitted via website: 09/06/2011

| | |
|---|---|
| Last Name, First Name | |
| Mailing Address | |
| | |
| | |
| Home Telephone | |
| Work Telephone | |
| E-Mail Address | |
| | |
| Type of Complainant | NON - USPS EMPLOYEE |
| | |
| How did you hear about us? | |
| | Search Engine |
| Other Description | |
| Who committed the alleged misconduct/wrongdoing? | I have been contracting for the Postal Service for approximately 15 years , and was recently approached by a Thomas Berlucchi ( Postal employee ), who then was in charge of hiring contractors to complete maintenance repairs in his district . |
| | |
| What are the facts, what caused the problem, and what are the results of the problem? | Mr. Berlucchi has been accepting gifts from _____ and from a Mike Rymer in exchange for work . Mr. Berlucchi has requested gifts from me on numerous occasions. I have not complied., and have not been receiving much work as a result. |
| | |
| When did the misconduct/wrongdoing occur? | The misconduct is an ongoing thing in the ferndale mi. office |
| | |
| Where did the misconduct/wrongdoing occur? | Ferndale, Mi. |
| | |
| How was the misconduct/wrongdoing committed? | Too many things too list |
| | |
| Do you have first hand knowledge of the misconduct/wrongdoing? | Yes . Mr. Berlucchi has insisted that I install a furnace for him in his northern, mi cottage. The furnace and duct work where gifted by |
| | |
| Where can we obtain additional information concerning the | From myself. Ironically another competing contractor called to voice his opinions to me about |

| | |
|---|---|
| **misconduct/wrongdoing?** | similar wrongdoings by mr. berlucchi. I will provide you with the info. |
| | |
| **Who else might be aware of the misconduct/wrongdoing?** | Many others -please contact for info |
| | |
| **Do you want to remain anonymous?** | |
| | |
| **If no, do you want confidentiality?** | Yes |
| | |
| **Are you willing to be interviewed?** | Yes |
| | |