

**UNITED STATES POSTAL SERVICE**
**OFFICE OF INSPECTOR GENERAL**
433 WEST HARRISON
SUITE 4000
CHICAGO, IL 60699-4000

**MEMORANDUM OF INTERVIEW**

| Interview Date: | November 16, 2011 |
|---|---|
| Case Name: | BERLUCCHI, THOMAS G, LANSING P&DC, LANSING, MI 48924 |
| Case Number: | 11UISL3616CF02CF |
| Interviewee: | |
| Interview Location: | |
| Interviewed By: | SPECIAL AGENTS KIMBERLY FAZEKAS, GEORGE BECK |
| Witnesses: | |

On November 16, 2011, United States Postal Service (USPS) Office of Inspector General (OIG) Special Agents (SA) Kimberly Fazekas (Fazekas) and George Beck (Beck) interviewed, ▓▓▓▓▓▓▓▓▓▓ Prior to the interview, SAs identified themselves to ▓▓▓▓

▓▓▓▓ stated he was a USPS contractor ▓▓▓▓▓▓▓▓▓▓▓▓▓

| **PREPARED BY: SPECIAL AGENT Kimberly Fazekas** | **DATE: 11/21/2011** |
|---|---|

Page 1

RESTRICTED INFORMATION   This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

▓▓▓▓ stated Berlucchi had told him ▓▓▓▓▓▓ had purchased a furnace for him for his house in Atlanta, MI. He stated Berlucchi asked him to install the furnace for him. ▓▓▓▓ stated he told Berlucchi he did not want to do that. He stated Berlucchi then told him ▓▓▓▓▓▓ just bought the furnace for me because we are friends, not because I give him work. ▓▓▓▓ stated when Berlucchi shook his hand as they were leaving the meeting Berlucchi put the key to his cabin in ▓▓▓▓'s hand. He stated he has witnessed ▓▓▓▓▓▓ using the code and entering the Ferndale Post Office by himself. ▓▓▓▓ stated he has witnessed ▓▓▓▓▓▓ buying lunch for Berlucchi and ▓▓▓▓ at a golf course in Northern Michigan.

▓▓▓▓ stated Berlucchi has been giving him a lot less work, he stated all of the work has been going to ▓▓▓▓▓▓▓▓ He stated in the past ▓▓▓▓▓▓▓▓ was not interested in the smaller jobs, but they were now. He stated Berlucchi had told some Postmasters that ▓▓▓▓ no longer contracted with USPS when they asked for him. ▓▓▓▓ stated ▓▓▓▓▓▓▓▓▓▓ from the ▓▓▓▓▓▓ post office told him Berlucchi said he was no longer a contractor. He stated he never confronted Berlucchi about this.

**RESTRICTED INFORMATION**   This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

▒▒▒▒ stated about 8 or 9 months ago he was told by ▒▒▒▒ of American Materials Handling that ▒▒▒▒ Michael Rymer was giving Berlucchi kick back money by giving it to the Fort Wayne Coalition.  He stated that Berlucchi is a part of the board for this coalition. ▒▒▒▒ stated Rymer has a separate company that he runs and is not involved with American Materials Handling.  He stated ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ ▒▒▒▒▒▒▒▒▒▒ for American Material Handling Inc. and he may be a good person to talk to. He stated after the OIG talked to ▒▒▒▒ Berlucchi met with ▒▒▒▒. ▒▒▒▒ stated Berlucchi was sweating profusely and seemed very nervous and said that he wanted the key to his cabin in Atlanta, MI back.  He stated he returned the key to Berlucchi and that he had never been to the cabin. ▒▒▒▒ stated he thinks ▒▒▒▒▒▒▒▒ may have told ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ who likely said something to Michael Rymer.

▒▒▒▒ stated about eight years ago Berlucchi had invited him to come and visit Fort Wayne.  He stated he went to visit it and there was actually a meeting that the board of executives for the Fort was attending. ▒▒▒▒ stated the Berlucchi had him stand and he told everyone that ▒▒▒▒ was going to do repairs to the Fort.  He stated Berlucchi told the board that ▒▒▒▒ was going to fix the parking lot. ▒▒▒▒ stated he never did any work on the Fort, but he thinks other contractors might have.

▒▒▒▒ stated he had lunch with Berlucchi approximately two weeks ago.  He stated he had told Berlucchi he was looking for a painter ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ ▒▒▒▒▒▒▒▒. ▒▒▒▒ stated Berlucchi told him to get ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ to do the work because "I know for a fact he will push an envelope over to you."

RESTRICTED INFORMATION   This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General.  This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General.  Unauthorized release may result in criminal prosecution.



Page 4

**RESTRICTED INFORMATION**   This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General.  This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General.  Unauthorized release may result in criminal prosecution.